The People of the State of New York ex rel. Gotthilf Bahret, Appellant, v. Charles F. Martin and Others, Respondents.— Order affirmed, with ten dollars

---

* See Laws of 1902, chap. 580, §§ 317, 318.— REP.

costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Gaynor and Miller, JJ., concurred; Rich, J., dissented.